### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURLHOLME CONGREGATION OF JEHOVAH'S WITNESSES, et. al., | : <br> : <br> : <br> : Case No: 2:24-cv-0304-MRP |
| *Plaintiffs*, | : <br> : |
| v. | : JURY TRIAL DEMANDED <br> : |
| MARK O'DONNELL. | : **FILED UNDER SEAL** <br> : |
| *Defendants.* | : <br> : <br> : |

## JURY DEMAND

TO THE CLERK:

    Defendant Mark O'Donnell hereby demands a jury on all issues so triable.

                              Respectfully submitted,

Dated: April 4, 2024                 /s/Mary Catherine Roper
                                      Mary Catherine Roper
                                      PA Id. No. 71107
                                      Langer, Grogan & Diver P.C.
                                      1717 Arch St., Ste 4020
                                      Philadelphia, PA 19103
                                      Tel: (215) 320-5660
                                      Fax: (215) 320-5703
                                      mroper@langergrogan.com,

                                      *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Mary Catherine Roper, certify that on this date, I caused a true and correct copy of the foregoing to be served via email to counsel for Plaintiffs.

Dated: April 4, 2024                                      /s/ Mary Catherine Roper
                                                                        Mary Catherine Roper