IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURLHOLME CONGREGATION OF JEHOVAH'S WITNESSES, et. al., | : : : : : Case No: 2:24-cv-0304-MRP : : JURY TRIAL DEMANDED : : : : : |
| *Plaintiffs*, | |
| v. | |
| MARK O'DONNELL. | |
| *Defendants.* | |

**ORDER**

**AND NOW**, this _____ day of April, 2024, upon consideration of Defendant's Motion for Unsealing of the Docket and for Entry of a Limited Protective Order, **IT IS ORDERED** that the Motion is **GRANTED.**

The Court finds that there is good cause to allow the parties to redact certain information, specifically: (a) nonpublic information concerning the 45th Statewide Investigating Grand Jury; (b) the content of allegedly privileged communications; and (c) the content of allegedly intercepted communications. This material is the kind of information that courts will protect and it appears, at this point in the litigation, that its disclosure could inflict a clearly defined and serious injury upon Plaintiffs.

WHEREFORE, it is ORDERED that:

(1) The clerk shall make the docket in this matter public, but preserve under seal the Complaint (ECF 1), the Memorandum Of Law In Support Of Plaintiffs' Ex Parte Motion To Seal (ECF 2-1); and Defendant's Answer with Affirmative Defenses.

(2) The parties shall, within 14 days of this Order, file on the public docket redacted copies of the documents that remain under seal, redacting only the following: (a) nonpublic

information concerning the 45th Statewide Investigating Grand Jury; (b) the content of allegedly privileged communications; and (c) the content of allegedly intercepted communications, whether that information appears in the pleadings or in exhibits.

(3) Until further order of the Court, the parties shall file all new documents in the case as public documents, but with the same redactions as set forth in Paragraph 2 of this Order. The parties shall, simultaneously with the filing of any document that is redacted in accordance with Paragraph 2, file an unredacted copy of that document under seal and serve the same on counsel for the other parties.

(4) The parties shall meet and confer and propose a comprehensive protective order at or before the Initial Pretrial Conference in this matter.

**BY THE COURT:**

_____
**HON. MIA R. PEREZ, J.**