IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BURHOLME CONGREGATION OF JEHOVAH'S WITNESSES,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **MARK O'DONNELL** <br><br> *Defendant.* | Case No: 2:24-cv-0304-MRP <br><br> **FILED UNDER SEAL** |

## ORDER

**AND NOW**, this _____ day of June, 2024, upon consideration of Plaintiffs' Motion in Opposition to Defendant's Motion for Unsealing of the Docket and for Entry of a Limited Protective Order, **IT IS ORDERED** that Defendant's Motion to Unseal is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk retain the seal on the docket; and

**IT IS FURTHER ORDERED** that this Court will maintain the seal on the docket until the conclusion of the grand jury's investigation, or alternatively, the conclusion of discovery.

BY THE COURT:

_____
**HON. MIA R. PEREZ, J.**