# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BURHOLME CONGREGATION OF JEHOVAH'S WITNESSES,** *et al.* | : : : : | CIVIL ACTION |
| v. | : : | No. 24-304 |
| **MARK O'DONNELL** | : : : : | FILED UNDER SEAL |

## ORDER

**AND NOW,** this 19th day of November, 2024, upon consideration of the unopposed request to seal the courtroom for the Oral Argument/Rule 16 Conference scheduled for November 25, 2024 at 1:00 P.M. in Courtroom 6A, it is hereby **ORDERED** that the request is **GRANTED**.

BY THE COURT:

_____
HON. MIA R. PEREZ