### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BURLHOLME CONGREGATION OF JEHOVAH'S WITNESSES, et. al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARK O'DONNELL. <br><br> *Defendants.* | Case No: 2:24-cv-0304-MRP |

### **ORDER**

**AND NOW**, this 25th day of November, 2024, upon consideration of Defendant's Motion for Unsealing of the Docket and for Entry of a Limited Protective Order (ECF No. 20), Plaintiffs' Brief in Opposition (ECF No. 28), Defendant's reply brief (ECF No. 32), Plaintiffs' Sur-Reply (ECF No. 35), and the oral argument held on November 25, 2024, it is hereby **ORDERED** that the Motion is **GRANTED.**

The Court finds that there is good cause to allow the parties to redact certain information, specifically: (a) nonpublic information concerning the 45th Statewide Investigating Grand Jury; (b) the content of allegedly privileged communications; and (c) the content of allegedly intercepted communications. This material is the kind of information that courts will protect and it appears, at this point in the litigation, that its disclosure could inflict a clearly defined and serious injury upon Plaintiffs.

It is further **ORDERED** as follows:

(1) The clerk shall make the docket in this matter public, but preserve under seal the Complaint (ECF 1), the Memorandum Of Law In Support Of Plaintiffs' Ex Parte Motion To Seal (ECF 2-1); Defendant's Answer with Affirmative Defenses (ECF 18); the Amended Complaint (ECF 21); and Defendant's Answer to the Amended Complaint (ECF 29).

(2) The parties shall, within 14 days of this Order, file on the public docket redacted copies of the documents that remain under seal, redacting only the following: (a) nonpublic information concerning the 45th Statewide Investigating Grand Jury; (b) the content of allegedly privileged communications; and (c) the content of allegedly intercepted communications, whether that information appears in the pleadings or in exhibits.

(3) The parties shall meet and confer regarding any future docket filings to agree on appropriate redactions in accordance with this Paragraph 2 of this Order. If a dispute remains, the parties shall contact the court to resolve the matter.

(4) The parties shall, simultaneously with the filing of any document that is redacted in accordance with Paragraph 2, file an unredacted copy of that document under seal and serve the same on counsel for the other parties.

(5) The parties shall meet and confer and propose a comprehensive protective order by December 9, 2024.

**BY THE COURT:**

_____
**HON. MIA R. PEREZ,  J.**
