IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BURHOLME CONGREGATION OF<br>JEHOVAH'S WITNESSES, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 24-304 |
| MARK O'DONNELL | : | |

## SCHEDULING ORDER

**AND NOW,** this 25th day of November, 2024, following a preliminary pretrial conference, it is hereby **ORDERED** as follows:

1. The Parties shall email Courtroom Deputy Mia Harvey via email (mia_m_harvey@paed.uscourts.gov) by January 15, 2025, regarding whether they wish to be referred to Magistrate Judge Pamela Carlos for a settlement conference.

2. All factual discovery shall be completed on or before April 22, 2025.

3. Dispositive motions shall be filed on or before May 9, 2025.

4. Responses to dispositive motions shall be filed no later than May 23, 2025.

5. Motions *in limine* are due September 3, 2025.

6. Responses to motions *in limine* are due September 17, 2025.

7. Plaintiffs' pretrial memorandum is due September 29, 2025.

8. Defendant's pretrial memorandum is due September 29, 2025.

9. A final pre-trial conference shall be held on October 1, 2025, in **Courtroom 6A** at **1:00 p.m.**

10. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.

11. This matter is in the jury pool beginning on October 20, 2025, and ending on October 31, 2025.

BY THE COURT:

_____
Hon. Mia R. Perez