**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| BURLHOLME CONGREGATION OF JEHOVAH'S WITNESSES, et. al., | : | |
| | : | |
| | : | Case No: 2:24-cv-0304-MRP |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| MARK O'DONNELL. | : | |
| | : | |
| *Defendants.* | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendant's Motion for Protective Order and any response thereto, and the Court finding good cause, **IT IS ORDERED** that the Motion is **GRANTED.** Defendant will not be compelled to identify, by name or otherwise, any confidential sources.

**BY THE COURT:**

_____
**HON. MIA R. PEREZ,  J.**