IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BURHOLME CONGREGATION OF JEHOVAH'S WITNESSES,** *et al.*, | : <br> : <br> : |
| *Plaintiffs,* | : <br> : |
| v. | :    Case No. 2:24-cv-0304-MRP <br> : |
| **MARK O'DONNELL,** | : <br> : |
| *Defendant.* | : |

## ORDER

AND NOW, this 21st day of May, 2025, upon consideration of Plaintiffs' Unopposed Motion for Two-Week Extension of Case Deadlines, (ECF No. 66), IT IS ORDERED that the Motion is GRANTED. Dispositive motions shall be filed on or before June 23, 2025 and responses to dispositive motions shall be filed on or before July 7, 2025. In all other respects, this Court's November 25, 2024 Scheduling Order (Dkt. 42) and April 9, 2025 Order (Dkt. 55) shall remain in effect.

                                                                            BY THE COURT:

                                                                            **HON MIA R. PEREZ, J.**

9910026.1 55883-0004