IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BURHOLME CONGREGATION OF JEHOVAH'S WITNESSES**, *et al.*, | : :  : |
| *Plaintiffs*, | : : |
| v. | :  Case No.: 2:24-cv-0304-MRP |
| **MARK O'DONNELL**, | : : : |
| *Defendant.* | : |

**STIPULATION AND ORDER OF DISMISSAL OF
PLAINTIFF HINDI CONGREGATION OF JEHOVAH'S WITNESSES**

Plaintiffs Burholme Congregation of Jehovah's Witnesses, Coventry Congregation of Jehovah's Witnesses, East Congregation of Jehovah's Witnesses (Green Lane), Fairmount Park Tagalog Congregation of Jehovah's Witnesses, Hindi Congregation of Jehovah's Witnesses, Horsham Congregation of Jehovah's Witnesses, Mount Pleasant Congregation of Jehovah's Witnesses, North Mount Pleasant Congregation of Jehovah's Witnesses, Spanish Congregation of Jehovah's Witnesses (Fairview Village), Willow Grove Congregation of Jehovah's Witnesses, and Worcester Congregation of Jehovah's Witnesses and Defendant Mark O'Donnell hereby stipulate and agree that Plaintiff Hindi Congregation of Jehovah's Witnesses shall be dismissed from the above-captioned litigation pursuant to Rule 41(a)(1)(A)(ii).

Respectfully Submitted,

| | |
|---|---|
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | LANGER GROGAN & DIVER, PC |
| */s/ Christopher D. Carusone* | */s/ Mary Catherine Roper* |
| EDWARD SEGLIAS, ESQUIRE | MARY CATHERINE ROPER, ESQUIRE |
| CHRISTOPHER D. CARUSONE, ESQUIRE | JOHN J. GROGAN, ESQUIRE |
| ASHLING A. EHRHARDT, ESQUIRE | DAVID NAGDEMAN, ESQUIRE |
| 1600 Market Street, 32nd Floor | 1717 Arch Street, Ste. 4020 |

| | |
|---|---|
| Philadelphia, Pennsylvania  19103<br>Tel.:  (215) 564-1700<br>E-mail:  eseglias@cohenseglias.com<br>　　　　ccarusone@cohenseglias.com<br>　　　　aehrhardt@cohenseglias.com | Philadelphia, Pennsylvania  19103<br>Tel.:  (215) 320-5660<br>E-mail:  mroper@langergrogan.com<br>　　　　jgrogan@langergrogan.com<br>　　　　dnagdeman@langergrogan.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated:  June 26, 2025

BY THE COURT:

*/s/ Mia Perez*

HON. MIA R. PEREZ

Dated: June 26, 2025