IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BURHOLME CONGREGATION OF JEHOVAH'S WITNESSES**, *et al.* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **MARK O'DONNELL** | : : : | **No. 24-304** |

# ORDER

**AND NOW,** this 14th day of July, 2025, upon consideration of Defendant's Motion for Protective Order (ECF No. 52), Plaintiffs' response in opposition (ECF No. 58), and the parties' reply briefs (ECF Nos. 61, 65, and 70), it is hereby **ORDERED** that the motion is **GRANTED.**

BY THE COURT:

_____
Hon. Mia R. Perez