## CERTIFICATE OF SERVICE

I, Mary Catherine Roper, certify that on this date, I caused a true and correct copy of the foregoing Response in Opposition to Plaintiff's Motion for Summary Judgment to be served via CM/ECF and email to counsel for Plaintiffs.


Dated: July 14, 2025 /s/ Mary Catherine Roper
Mary Catherine Roper