IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BURHOLME CONGREGATION OF JEHOVAH'S WITNESSES,** *et al.*, | : <br> : <br> : |
| *Plaintiffs,* | : <br> : |
| v. | : Case No: 2:24-cv-0304-MRP <br> : |
| **MARK O'DONNELL** | : <br> : |
| *Defendant.* | : |

**STIPULATION FOR ENTRY OF JUDGMENT**

Burholme Congregation of Jehovah's Witnesses, Coventry Congregation of Jehovah's Witnesses, East Congregation of Jehovah's Witnesses (Green Lane), Fairmount Park Tagalog Congregation of Jehovah's Witnesses, Horsham Congregation of Jehovah's Witnesses, Mount Pleasant Congregation of Jehovah's Witnesses, North Mount Pleasant Congregation of Jehovah's Witnesses, Spanish Congregation of Jehovah's Witnesses (Fairview Village), Willow Grove Congregation of Jehovah's Witnesses, Worcester Congregation of Jehovah's Witnesses (Plaintiffs), and Mark O'Donnell (Defendant), hereby stipulate and agree as follows:

1. Defendant violated the Maryland Wiretap Act, Md. Code, Cts. & Jud. Pro. § 10-401 *et. seq.* by willfully intercepting, disclosing, and using a wire or electronic communication, to wit: a Microsoft Teams meeting held between Plaintiffs and their attorneys on February 16, 2023.

2. Defendant now consents to the entry of judgment against him and in favor of Plaintiffs on Count III (Maryland Wiretap Act) of the Amended Complaint (Doc. 21).

3. Defendant shall pay Plaintiffs the total sum of $215,000.00, consisting of $10,000.00 in liquidated damages and $205,000.00 for reasonable attorneys' fees and costs pursuant to Md. Code, Cts. & Jud. Pro. § 10-410(a).

4. Defendant shall make a lump sum payment in the amount of $100,000 by November 24, 2026, with the balance to be paid no later than January 15, 2027.

5. Defendant's failure to make payment of the amounts set forth herein by the dates indicated shall result in the assessment of post-judgment interest on the balance calculated in accordance with 28 U.S.C. § 1961. Defendant shall also reimburse Plaintiffs for all reasonable attorneys' fees and costs necessarily incurred to collect any overdue balance.

6. All remaining counts of the Amended Complaint (Doc. 21) are to be dismissed.

7. The Parties further agree that the payments referenced above shall fully and finally resolve all claims that Plaintiffs have asserted or could have asserted in this litigation including any claims for costs or attorney's fees.

**WHEREFORE**, the parties respectfully request that the Court enter Judgment in the agreed form (attached as Exhibit 1) in final resolution of this matter.

| | |
|---|---|
| **COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.** | **LANGER, GROGAN, & DIVER, P.C.** |
| *[s] Christopher Carusone* | */s/ John J. Grogan* |
| _____ | _____ |
| CHRISTOPHER CARUSONE, ESQ. | JOHN GROGAN, ESQ. |
| PA Identification No. 71160 | PA Identification No. 72443 |
| EDWARD SEGLIAS, ESQ. | MARY CATHERINE ROPER, ESQ. |
| PA Identification No. 55103 | PA Identification No. 71107 |
| ASHLING EHRHARDT, ESQ. | DAVID NAGDEMAN, ESQ. |
| PA Identification No. 93787 | PA Identification No. 327652 |
| 1600 Market Street, 32nd Floor | 1717 Arch Street, Suite 4020 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| *Attorneys For Plaintiffs* | *Attorneys For Defendant* |

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BURHOLME CONGREGATION OF JEHOVAH'S WITNESSES,** *et al.*, | : <br> : <br> : |
| *Plaintiffs,* | : <br> : |
| v. | :    Case No: 2:24-cv-0304-MRP |
| **MARK O'DONNELL** | : <br> : <br> : |
| *Defendant.* | : |

## JUDGMENT

**AND NOW**, this 21st day of August, 2025, pursuant to the Stipulation of Entry of Judgment between plaintiffs Burholme Congregation of Jehovah's Witnesses, Coventry Congregation of Jehovah's Witnesses, East Congregation of Jehovah's Witnesses (Green Lane), Fairmount Park Tagalog Congregation of Jehovah's Witnesses, Horsham Congregation of Jehovah's Witnesses, Mount Pleasant Congregation of Jehovah's Witnesses, North Mount Pleasant Congregation of Jehovah's Witnesses, Spanish Congregation of Jehovah's Witnesses (Fairview Village), Willow Grove Congregation of Jehovah's Witnesses, Worcester Congregation of Jehovah's Witnesses ("Plaintiffs") and defendant Mark O'Donnell ("Defendant"), it is hereby **ORDERED** as follows:

1. Defendant violated the Maryland Wiretap Act, Md. Code, Cts. & Jud. Pro. § 10-401 *et. seq.* by willfully intercepting, disclosing, and using a wire or electronic communication, to wit: a Microsoft Teams meeting held between Plaintiffs and their attorneys on February 16, 2023.

2. Defendant now consents to the entry of judgment against him and in favor of Plaintiffs on Count III (Maryland Wiretap Act) of the Amended Complaint (Doc. 21).

3.     Defendant shall pay Plaintiffs the total sum of $215,000.00, consisting of $10,000.00 in liquidated damages and $205,000.00 for reasonable attorneys' fees and costs pursuant to Md. Code, Cts. & Jud. Pro. § 10-410(a).

4.     Defendant shall make a lump sum payment in the amount of $100,000 by November 24, 2026, with the balance to be paid no later than January 15, 2027.

5.     Defendant's failure to make payment of the amounts set forth herein by the dates indicated shall result in the assessment of post-judgment interest on the balance calculated in accordance with 28 U.S.C. § 1961. Defendant shall also reimburse Plaintiffs for all reasonable attorneys' fees and costs necessarily incurred to collect any overdue balance.

6.     All remaining counts of the Amended Complaint (Doc. 21) are to be dismissed.

7.     The payments referenced above shall fully and finally resolve all claims that Plaintiffs have asserted or could have asserted in this litigation including any claims for costs or attorney's fees.

          **BY THE COURT**

          _____
          **Honorable Mia R. Perez**
          **U.S. District Judge**